AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-4045

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel Cintron
was received by me on *(date)* 7/20/21.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ business with *(name)* Robert R.
_____, a person of suitable age and discretion who resides there, works
on *(date)* 7/21/21 at, and mailed a copy to the individual's last known address; or
4:32 pm.

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/22/21

*Server's signature*

Damon Ward   Lic# 2079049
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
male, tan, bald, 36-50, 6'1-6'5, 201-250

Print   Save As...   Reset