UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK   # 26971X

MIGUEL RAMOS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION,

                                                                 Plaintiff(s)     INDEX#  1:21-cv-04052
                       against                                     Date filed 7/20/2021

56 ST AUTO REPAIR INC., ET AL,

                                                                  Defendant(s)

STATE OF NEW YORK                                    COUNTY OF ALBANY       1499742

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **7/28/2021** at **2:00 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**SUMMONS IN A CIVIL ACTION AND COMPLAINT,**

on **56 ST AUTO REPAIR INC., Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**     Description of the Recipient is as follows:

                  A Female with White skin, Brown hair, who is approximately 62 years of age
                  and has an approximate height of 5' 1" and approximate weight of 125 pounds.

                  Other identifying features are as follows: Glasses.

                  _____
                  DAVID TATUM
                  Process Server

State of New York
County of Albany

Sworn to before me on This 2 day of August 2021

Notary Public   Michelle M. Santspree

                                                   Michelle M. Santspree              Emily M. Corbett
                                                   Notary Public, State of New York  Notary Public, State of New York
                                                   NO. 01SA5047611                   No. 01CO6299470
                                                 Qualfied in Albany County        Qualified in Albany County
                                                 Commission Expires August 7, 2025  Commission Expires March 24, 2022