AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)     1501416

Civil Action No. 21-cv-4045

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **56th Street Automobile Repair Incorporated**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rob Velez**, who is
designated by law to accept service of process on behalf of *(name of organization)* **56th Street Automobile Repair Incorporated** on *(date)* **9/24/21 at 4:20 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/27/21**

*Server's signature*

**Dainon Ward  Lic# 2079049**
*Printed name and title*

**166-06 24th Rd Whitestone NY 11357**
*Server's address*

Additional information regarding attempted service, etc:
**Served at 249 56th St, Brooklyn NY 11220
(male, tan, bald, 36-50, 6'1-6'5, 201-250 lbs)**

Print    Save As...    Reset