AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)                    1501415

Civil Action No.  21-cv-4045

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  56 St Auto Repair Inc.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rob velez _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* 56 St Auto
Repair Inc. _____ on *(date)* 9/24/21 at ; or
                                          4:20 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  9/27/21

_____
*Server's signature*

Dainon Ward  Lic# 2079049
*Printed name and title*


166-06 24th Rd Whitestone NY 11367
*Server's address*

Additional information regarding attempted service, etc:
Served at 249 56th St, Brooklyn, NY 11220
(male, tan, bald, 36-50, 611-615, 201-250 lbs)

Print        Save As...                              Reset