UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Miguel Ramos, and Jose Marrero, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 21-cv-4052 (ENV)(PK)

*Plaintiffs,*

CERTIFICATE OF DEFAULT

- *against* -

56 St Auto Repair Inc., 56th Street Automobile Repair Incorporated, and Miguel Cintron,

*Defendants.*
-------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants 56 St Auto Repair Inc., 56th Street Automobile Repair Incorporated (together, the "Corporate Defendants"), and Miguel Cintron (the "Individual Defendant", and together with the Corporate Defendants, the "Defendants") have not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
           November 2, 2021

DOUGLAS C. PALMER, Clerk of Court

By: *Jalitza Poveda*
       Deputy Clerk

1