UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Miguel Ramos, and Jose Marrero, on behalf of
themselves and others similarly situated in the
proposed FLSA Collective Action,

                    Plaintiffs,         JUDGMENT

v.                                          21-cv-04052-ENV-PK

56 St Auto Repair Inc., 56th Street Automobile
Repair Incorporated, Miguel Cintron, and Jose
M. Velez (a/k/a Fuko Velez),

                    Defendants.
-------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 4, 2022; and Defendants 56 St Auto Repair Inc., 56th Street Automobile Repair Incorporated, and Miguel Cintron having offered to allow Plaintiffs Miguel Ramos and Jose Marrero to take judgment against Defendants in this action in the total sum of Seventy-Five Thousand Dollars and zero cents ($75,000.00), payable as follows:

      1. A payment in the amount of Forty Thousand Dollars and zero cents ($40,000.00) payable within three (3) days following the Court's Entry and Order of this Offer of Judgment.

      2. A payment in the amount of Seventeen Thousand Five Hundred Dollars and zero cents ($17,500.00) payable within ninety (90) days following the Court's Entry and Order of this Offer of Judgment.

      3. A payment in the amount of Seventeen Thousand Five Hundred Dollars and zero cents ($17,500.00) payable within one hundred and eighty (180) days following the Court's Entry and Order of this Offer of Judgment; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Miguel Ramos and Jose Marrero and against Defendants 56 St Auto Repair Inc., 56th Street Automobile

Repair Incorporated, and Miguel Cintron in the total sum of Seventy-Five Thousand Dollars and zero cents ($75,000.00), payable as follows:

1. A payment in the amount of Forty Thousand Dollars and zero cents ($40,000.00) payable within three (3) days following the Court's Entry and Order of this Offer of Judgment.

2. A payment in the amount of Seventeen Thousand Five Hundred Dollars and zero cents ($17,500.00) payable within ninety (90) days following the Court's Entry and Order of this Offer of Judgment.

3. A payment in the amount of Seventeen Thousand Five Hundred Dollars and zero cents ($17,500.00) payable within one hundred and eighty (180) days following the Court's Entry and Order of this Offer of Judgment.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of One Hundred Twelve Thousand Five Hundred Dollars and zero cents ($112,500.00), together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

WHEREAS, the total sum of Seventy-Five Thousand Dollars and zero cents ($75,000.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated:  Brooklyn, New York                                          Brenna B. Mahoney
       May 9, 2022                                                         Clerk of Court

                                                                              By:    /s/Jalitza Poveda

Deputy Clerk